HUTCHINSON *v.* CITY OF VALDOSTA.

FISH, C. J. The general rule is that a court of equity will not by injunction prevent the prosecution of a person for an alleged violation of a municipal ordinance; nor will it, upon a petition for injunction of such a nature, inquire into the constitutionality, validity, or reasonableness of the ordinance for the alleged violation of which the prosecution has been instituted. *White* v. *City of Tifton,* 129 Ga. 582 (59 S. E. 299), and cases cited.

*Judgment affirmed. All the Justices concur.*

Submitted October 5, 1908.—Decided March 10, 1909.

Petition for injunction. Before Judge Mitchell. Lowndes superior court. July 25, 1908.

The plaintiff in error was summoned to show cause, in the may-

or's court of Valdosta, why she should not be punished for violating a sanitary ordinance by not making sewer connections to her house in that city. She brought a petition, attacking the ordinance on various grounds, and praying for injunction. It was denied, and she excepted.

*C. S. Morgan,* for plaintiff.   *Denmark & Griffin,* for defendant.